IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAROL COCHRAN,

    Plaintiff,

vs.                                                  5:04-CV-246-SPM

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

## ORDER EXTENDING DEADLINES

**THIS CAUSE** comes before the Court upon Plaintiff's "Unopposed Motion to Extend the Discovery Deadline, Mediation Deadlines, and Dispositive Motion Filing Deadlines" (doc. 19) filed June 8, 2005. The parties request a 45-day extension so that mediation can take place before scheduled depositions.

For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion for extension (doc. 19) is hereby *granted*.

2.     All discovery shall be completed on or before ***August 5, 2005***.

3.     All dispositive motions shall be filed on or before ***August 23, 2005***.

4.     Mediation shall be completed on or before ***August 19, 2005.***

5. The mediation report shall be filed with the Court on or before ***September 2, 2005.***

6. Trial shall remain set for ***Monday, October 3, 2005*** at ***8:30 am*** at the United States Courthouse in **Panama City**, Florida.

**DONE AND ORDERED** this <u>thirteenth</u> day of June, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao