# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**CAROL COCHRAN,**

     **Plaintiff,**

**vs.**                                                     **5:04-CV-246-SPM**

**UNUM LIFE INSURANCE
COMPANY OF AMERICA,**

     **Defendant.**

_____/

## ORDER DISMISSING CASE

     **THIS CAUSE** comes before the Court upon the "Mediation Settlement Report" (doc. 29) filed July 15, 2005.  Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

     **ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot.  The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

     **DONE AND ORDERED** this <u>eighteenth</u> day of July, 2005.

     *s/ Stephan P. Mickle*
     Stephan P. Mickle
     United States District Judge

/pao