IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAROL COCHRAN,

    Plaintiff,

vs.                            5:04-CV-246-SPM

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.
_____/

### ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Plaintiff's Notice of Dismissal" (doc. 31) filed August 15, 2005. Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed with prejudice*.

**DONE AND ORDERED** this <u>nineteenth</u> day of August, 2005.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge

/pao